CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED
SEP 1 2 2005
JOHN F. CORCORAN, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| GREGORY S. HINES, | ) | |
| Plaintiff, | ) | Civil Action No. 7:05-cv-00035 |
| | ) | |
| v. | ) | **FINAL ORDER** |
| | ) | |
| WARDEN D.A. BRAXTON, et al., | ) | By: Hon. Jackson L. Kiser |
| Defendants. | ) | Senior United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby

**ADJUDGED AND ORDERED**

that the defendants' motions to dismiss and motions for summary judgment, document numbers 19, 24, and 35, are hereby **GRANTED**, pursuant to 42 U.S.C. §1997e(a), and the action is hereby **DISMISSED** with prejudice and is **STRICKEN** from the active docket of the court.

The Clerk of the Court is directed to send certified copies of this order and the accompanying Memorandum Opinion to plaintiff and to counsel of record for the defendants.

ENTER: This 12th day of September, 2005.

/s/ Jackson L. Kiser
Senior United States District Judge