IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| GREGORY S. HINES, # 202605,<br>  Petitioner, | )<br>)    Civil Action No. 7:05-cv-00035<br>) |
| v. | )    **MEMORANDUM OPINION & ORDER**<br>) |
| WARDEN D.A. BRAXTON, et al.,<br>  Respondent. | )    By: Michael F. Urbanski<br>)    United States Magistrate Judge |

This matter is before the court on plaintiff's letter, which the court will construe as a motion for an enlargement of time within which to a notice of appeal, document number 60. By order entered September 12, 2005, plaintiff's complaint was dismissed pursuant to 42 U.S.C. § 1997e(a). Plaintiff has until October 12, 2005 to file a timely notice of appeal. See Fed. R. Civ. P. 4(a). Hines now requests an extension of time within which to file his notice of appeal as to this judgment because he "possibly might be retaining counsel."

The district court may extend the time in which to file a notice of appeal if a party so moves no more than 30 days after the time for filing a notice of appeal expires and if that party shows good cause or excusable neglect. Fed. R. Civ. P. 4(a)(5). Although plaintiff has filed his motion for an extension of time before the statutory period has expired, plaintiff's mere desire to "possibly" retain counsel before pursuing an appeal does not establish good cause to justify such an extension.

Accordingly, it is hereby

**ORDERED**

that this motion for an enlargement of time is hereby **DENIED**.

The Clerk of the Court is directed to send certified copies of this order to plaintiff and to counsel of record for the defendant.

ENTER: This 11 day of October, 2005.

/s/ Michael F. Urbanski
United States Magistrate Judge

4 Oct 05

U.S. District Court
Western District
Office of the Clerk

CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

OCT 0 5 2005

JOHN F. CORCORAN, CLERK
BY: /s/
DEPUTY CLERK

re: Gregory S. Hines #262605
   v.s.    Civil Action No. 7:05-cv-00035
Warden D.A. Braxton, et.als

Dear Court Clerk,
 I'm writing to you in regard to the above-styled case, Civil Action No. 7:05-cv-00035, that on 12 Sep 05, it was ordered by the Court that Summary Judgment and Motion to Dismiss filed by the Defendants, be granted.
 I informally informed the Court that I do wish, and intend to appeal the decision. However, I'm asking the Court for an extension of time, to file my Appeal. I wish the Court, in consideration of my request for an extension to file such Appeal, that I'm possibly might be retaining Counsel to handle my Appeal.
 As I stated, I intend to Appeal the Court's decision, and I ask that the Court inform me, if I'm following proper procedures in doing so, and or requesting an extension. Thank You!

Gregory S. Hines #262605
Red Onion State Prison
P.O. Box 1000
Pound, VA. 24279

Gaines # 262665
R.C.J.A. (B408)
P.O. Box 1460
Keno, Va. 24274

Legal Mail

U.S. District Court
Western District
Office of the Clerk
PO Box 1234
Roanoke, VA 24006

Legal Mail